# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MISTY COLEMAN, | : | Case No. 1:22-cv-319 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| HAMILTON COUNTY BOARD OF COMMISSIONERS, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **Jury Verdict.** | | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that Defendants Drew, Elsasser/ Scholz, Yates, McGuffey, and the BOCC's Motion to Dismiss (Doc. 41) and Defendants NaphCare, Inc., Pegram, Slack, Ward, and Haun's Motion for Judgment on the Pleadings (Doc. 46) are both GRANTED. This case is TERMINATED from the Court's docket.

Dated: April 30, 2024.

Richard W. Nagel, Clerk of Court
By: */s/ Kellie A. Fields*
Deputy Clerk